| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>MR. BENJAMIN WOODHOUSE<br>HAVENSIGHT CAPITAL L.L.C.<br>2975 BAYVIEW DRIVE<br>PISMO BEACH, CA. 93449<br>805 709 1995<br>CAL BAR #261361 | CLEAR FORM<br><br>Case: 1:23-cv-01924 JURY DEMAND<br>Assigned To : Mehta, Amit P.<br>Assign. Date : 7/3/2023<br>Description: Pro Se Gen. Civ. (F-DECK) |

ATTORNEY(S) FOR: MR. BENJAMIN WOODHOUSE

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. BENAJMIN WOODHOUSE<br><br>Plaintiff(s),<br>v.<br>META PLATFORMS INC., (See attachment #1)<br><br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTIC<br>OF INTERESTED PARTIES |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____MR. BENJAMIN WOODHOUSE_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MR. BENJAMIN WOODHOUSE | PLAINTIFF |
| META PLATFORMS INC. (See attachment #1) | DEFENDANT |

6/23/23
Date

Signature

Attorney of record for (or name of party appearing in pro per):

MR. BENJAMIN WOODHOUSE

CV-30 (05/13)                                NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| 1 | Mr. Benjamin Woodhouse |
| 2 | Havensight Capital L.L.C. |
|   | 2975 Bayview Dr., |
| 3 | Pismo Beach, CA. 93449 |
|   | 805 709 1995 |
| 4 | benjamin.woodhouse@gmail.com |
| 5 | Cal Bar #261361 |

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. BENJAMIN WOODHOUSE | Case No.: |
|  | PLAINTIFFS *COMPLAINT* AND *JUDICIAL REQUESTS* |
| Plaintiffs, | |
| v. | |
| META PLATFORMS INC., ALPHABET INC., NIKE INC., GIBSON DUNN & CRUTCHER INC., MR. ROB BONTA, ATTORNEY GENERAL, ACTING IN HIS OFFICIAL CAPACITY, MR. DAVID HARRIS, U.S. ATTORNEY, ACTING IN HIS OFFICIAL CAPACITY, JUDGE STANLEY BLUMENFELD, ACTING IN HIS OFFICIAL CAPACITY, JUDGE GARY KLAUSNER, ACTING IN HIS OFFICIAL CAPACITY, JUDGE CHRISTINA SNYDER, ACTING IN HER OFFICIAL CAPACITY, JUDGE DEAN PREGERSON, ACTING IN HIS OFFICIAL CAPACITY, JUDGE LAWRENCE VAN DYKE, IN HIS OFFICIAL CAPACITY, JUDGE ERIC MILLER, ACTING IN HIS OFFICIAL CAPACITY, JUDGE MARK BENNETT, ACTING IN HIS OFFICIAL CAPACITY, MS. JOANNE OSINOFF, U.S. ATTORNEY, ACTING IN HER OFFICIAL CAPACITY, 9th CIRCUIT CLERK MOLLY DWYER, ACTING IN HER OFFICIAL CAPACITY. | |
| Defendants. | |

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

WOODHOUSE V. META PLATFORMS INC. ET AL.

ATTACHMENT #2 TO NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| ALPHABET INC. | DEFENDANT |
| NIKE INC. | DEFENDANT |
| GIBSON DUNN & CRUTCHER INC. | DEFENDANT |
| MR. ROB BONTA, ATTORNEY GENERAL, ACTING IN HIS OFFICIAL CAPACITY | DEFENDANT |
| MR. DAVID HARRIS, U.S. ATTORNEY ACTING IN IN HIS OFFICIAL CAPACITY | DEFENDANT |
| JUDGE STANLEY BLUMENFELD, ACTING IN HIS OFFICIAL CAPACITY | DEFENDANT |
| JUDGE GARY KLAUSNER, ACTING IN HIS OFFICIAL CAPACITY | DEFENDANT |

| | |
|---|---|
| JUDGE CHRISTINA SNYDER, ACTING IN HER OFFICIAL CAPACITY | DEFENDANT |
| JUDGE DEAN PREGERSON, ACTING IN HIS OFFICIAL CAPACITY | DEFENDANT |
| JUDGE LAWRENCE VAN DYKE, ACTING IN HIS OFFICIAL CAPACITY | DEFENDANT |
| JUDGE ERIC MILLER, ACTING IN HIS OFFICIAL CAPACITY | DEFENDANT |
| JUDGE MARK BENNETT, ACTING IN HIS OFFICIAL CAPACITY | DEFENDANT |
| JUDGE JOANNE OSINOFF, ACTING IN HIS OFFICIAL CAPACITY | DEFENDANT |
| 9TH CIRCUIT CLER, MS. MOLLY DWYER, ACTING IN HER OFFICIAL CAPACITY | DEFENDANT |